UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RIVERKEEPER, INC.
       Plaintiff,

v.

ALL ABOUT RECYCLING, INC; GENTILE CONSTRUCTION CORP.; ALL COUNTY MOBILE CONCRETE, INC.; JOSEPH GENTILE, JR.; and JOHN BERNAL, JR.,
       Defendants.

Case No. 7:22-CV-6607

---

**MOTION FOR STAY AND NOTICE OF LO[DGING BY] DEFENDANTS ALL COUNTY MOBILE [CONCRETE AND JOHN BERNAL, JR.]**

Plaintiff Riverkeeper, Inc. ("Riverkeeper") [and Defendants All County] Mobile Concrete and John Bernal, Jr. (together, th[e "ACMC Defendants") respectfully request] the Court to stay all future deadlines in this matter[. In support of this motion, Riverkeeper] provides notice to the Court that Riverkeeper and [the ACMC Defendants have reached a] settlement of this case. Pursuant to the federal Cl[ean Water Act, the Department of] Justice ("DOJ") and the Environmental Protection [Agency ("EPA") are afforded 45] days in which to review and provide any commen[ts on the proposed Consent Decree. 33 U.S.C.] § 1365(c)(3); 40 C.F.R. § 135.5(b). Plaintiff has lodged a copy of the proposed Consent Decree with DOJ and EPA as required by the statute. Following the 45-day review period, the Parties will move the Court to enter the Consent Decree.

      Respectfully submitted this 15th day of June, 2023.

                                    /s/ *Julia Muench*
                                    Julia Muench
                                    Super Law Group, LLC

---

**Stamped order (overlaid):**

Application granted in part. The ACMC Defendants' time to answer or move with respect to the Complaint in accordance with the Court's Individual Practices is extended to July 31, 2023. The parties shall also file a joint status report with respect to settlement by that date.

The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 30.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       June 16, 2023

        222 Broadway, 22nd Floor
        New York, NY 10038
        212-242-2355, ext. 3
        julia@superlawgroup.com
        *Attorneys for Plaintiff*